## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| JOAQUIN GARCIA TOVAR | |
| Petitioner, | Case No. 1:26-CV-367 |
| v. | Judge Michael R. Barrett |
| KEVIN RAYCRAFT, Acting Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al., | **ORDER** |
| Respondents. | |

This matter is before the Court on Respondents' notice of compliance of April 28, 2026. (Doc. 10). The record now reflects that Petitioner Joaquin Garcia Tovar was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge, pursuant to the Court's conditional grant of habeas corpus relief.

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

**IT IS SO ORDERED.**

   */s/ Michael R. Barrett*
Michael R. Barrett
United States District Judge

---

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g.*, *Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).

1