**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JOAQUIN GARCIA TOVAR,

        Petitioner,

            v.                      Case No.   1:26-cv-00367

KEVIN RAYCRAFT, Acting Director
Of Enforcement and Removal Operations,
Detroit Field Office, Immigration and
Customs Enforcement, et al.,

        Respondents.

## AMENDED JUDGMENT IN A CIVIL CASE

[   ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[   ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court discharged Respondents' obligations and closed this matter.

Date: May 1, 2026                Richard W. Nagel, Clerk
                                          Clerk

                            By:    *s/ Krista Zeller*
                                      Deputy Clerk